Clarence E. MARSH, Appellant

v.

Fay T. STEGER et al.

No. 16449.

United States Court of Appeals
Eighth Circuit.

May 23, 1960.

Joseph P. House, Jr., Milwaukee, Wis., for appellant.

C. J. May, Jr., Dubuque, Iowa, and M. K. Hobbs, Winter Park, Fla., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellee and consent of appellant.

NATIONAL LABOR RELATIONS BOARD, Petitioner

v.

TRI-STATE TIMBER COMPANY, Inc.

No. 16489.

United States Court of Appeals
Eighth Circuit.

May 23, 1960.

Marcel Mallet-Prevost, Asst. Gen. Counsel, and Dominick Manoli, Assoc. Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

PER CURIAM.

Order of Labor Board enforced; on petition for enforcement and stipulation filed with board.

Eddie Lee WHITE, Appellant

v.

UNITED STATES of America.

No. 16500.

United States Court of Appeals
Eighth Circuit.

May 27, 1960.

Eddie Lee White, pro se.

Fallon Kelly, U. S. Atty., and Clifford Janes, Asst. U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

Margaret IRONCLOUD DOG EAGLE, Appellant

v.

UNITED STATES of America.

No. 16501.

United States Court of Appeals
Eighth Circuit.

May 27, 1960.

Marvin J. Sonosky, Washington, D. C., for appellant.

Perry W. Morton, Asst. Atty. Gen., Roger P. Marquis and S. Billingsley Hill, Attys., Department of Justice, Washington, D. C., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellee.